

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00660-CR

Stephanie Lynn **CARRANZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 610041
The Honorable Helen P. Stowe, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 4, 2019.

Luz Elena D. Chapa, Justice